Jonathan P. Hersey (SBN 189240)
Jonathan.hersey@klgates.com
Damon M. Pitt (SBN 291473)
Damon.pitt@klgates.com
K&L Gates LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone:  (949) 253-0900
Facsimile:  (949) 253 0902

Caitlin C. Conklin (*Pro Hac Vice* Pending)
K&L GATES LLP
One Newark Center
Tenth Floor
Newark, NJ 07102
Telephone: 973.848.4049
Facsimile: 973.848.4001
Email: Caitlin.Conklin@klgates.com

Attorneys for Hilton Domestic Operating Company, Inc.

**FILED & ENTERED**

**DEC 28 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>URBAN COMMONS, LLC,<br><br>        Debtor.<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>    v.<br><br>HILTON DOMESTIC OPERATING<br>COMPANY, INC.,<br><br>                Defendant. | Case No:        2:21-bk-13523 WB<br><br>Chapter 7<br><br>Adv. Pro. No. 2:23-ap-01243- WB<br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS [DOCKET NO. 13]** *AND CONTINUING STATUS CONFERENCE*<br><br>**[No Hearing Set]**<br><br>*Status Conference:*<br>*Date:          January 9, 2024*<br>*Time:          2:00 p.m.*<br>*Courtroom:    1375*<br>*Location:      255 E. Temple Street*<br>*              Los Angeles, CA 90012* |

1

**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES**

303435701.3

1    The Court, having read and considered the Stipulation to Extend Deadline to File

2 Responsive Pleadings [Docket No. 13] filed by Defendant, Hilton Domestic Operating Company,

3 Inc. and Plaintiff, Carolyn A. Dye, Chapter 7 Trustee, and good cause appearing therefor, it is

4 hereby:

5    **ORDERED THAT:**

6    The Stipulation is approved; and it is further

7    ORDERED THAT the deadline for Defendant to file responsive pleadings shall be extended

8 to January 31, 2024.

9    ***IT IS FURTHER ORDERED THAT the status conference that is currently set for***

10 ***January 9, 2024 at 2:00 p.m. is continued to February 20, 2024 at 2:00 p.m. The status***

11 ***conference set for January 9, 2024 is off calendar.***

12    **IT IS SO ORDERED.**

13                                                    ###

14

15

16

17

18

19

20

21

22

23

24  Date: December 28, 2023

25                                    Julia W. Brand
                                     United States Bankruptcy Judge

26

27

28

2

**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES**

303435701.3