```
1   LEONARD PEÑA (State Bar No. 192898)
    lpena@penalaw.com
2   PEÑA & SOMA, APC
    1003 Diamond Ave., Suite 202
3   South Pasadena, California 91030
    Telephone (626) 396-4000
4   Facsimile (626) 498-8875
5
6   Counsel for
    Plaintiff Carolyn A. Dye
7
```

**FILED & ENTERED**

**AUG 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-13523 WB |
| URBAN COMMONS, LLC | Chapter 7 |
| | |
| CAROLYN A. DYE, Chapter 7 Trustee, | Adv. No. 2:23-ap-01243 WB |
| | ORDER APPROVING STIPULATION CONTINUING PRETRIAL CONFERENCE |
| Plaintiff, | |
| | ***Current* Pretrial Conference Hearing:** |
| v. | Date: August 5, 2025 |
| | Time: 2:00 PM |
| HILTON DOMESTIC OPERATING COMPANY, INC. | |
| | ***Continued Pretrial Conference Hearing:*** |
| Defendant. | ***Date: October 14, 2025*** |
| | ***Time: 2:00 PM*** |
| | |
| | Place: 255 E. Temple St. |
| | Los Angeles CA 90012 |
| | Ctrm: 1375 |

The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Urban Realty & Management, Inc. continuing pretrial conference ("Stipulation") filed on August

2, 2025 [Doc. 35] was duly presented to the court.

    For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved, **and** the pretrial conference is rescheduled to ***October 14***, 2025 ***at 2:00 p.m***.

###

Date: August 4, 2025

Julia W. Brand
United States Bankruptcy Judge